UNITED STATES COURT OF APPEALS
For the Fifth Circuit

**United States Court of Appeals
Fifth Circuit**

**F I L E D**

**December 13, 2005**

Charles R. Fulbruge III
Clerk

No. 04-61097
Summary Calendar

GLADYS ETIH TEKE,

Petitioner,

VERSUS

ALBERTO GONZALES,U.S. ATTORNEY GENERAL,

Respondent

Petition for Review from the Decision of the
Board of Immigration Appeals
(A95 899 521)

Before JOLLY, DAVIS and OWEN, Circuit Judges.

PER CURIAM:[*]

Teke seeks review of a final order of removal issued by the Board of Immigration Appeals (BIA). The BIA affirmed without decision an order of the Immigration Judge finding that Teke failed to offer credible testimony tending to show that she had a well-founded fear of persecution on account of her political activities.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The Immigration Judge who heard petitioner's testimony gave a number of plausible reasons why he found that her testimony was not credible.

After carefully reviewing the record, we find the Immigration Judge's adverse credibility findings reasonable and supported by the record. We therefore deny Teke's petition for review.

DENIED.

2